**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>Richmond</u>    Division

In re:

| | |
|---|---|
| Tammy Annette Luck | Case No. 16-31726-KRH |
| Debtor(s) | Chapter 13 |

5108 Yellowstone Drive
Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): <u>7328           </u>

**MOTION FOR EXPEDITED HEARING**
**ON DEBTORS' MOTION TO CONTINUE THE AUTOMATIC STAY**

COMES NOW, the Debtor, by counsel, and as and for her Motion for an Expedited Hearing pursuant to Rule 9013 and Local Rule 9013(N), states as follows:

1. On April 7, 2016, Debtor filed a Petition in Bankruptcy.

2. On April 26, 2016, the Debtor filed a Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362 (c)(3)(A) and (B) and Notice of Motion.

3. Counsel has requested a hearing before the Court on Wednesday, May 4, 2016 at 12:00 p.m. to be heard on this Motion.

                                        Tammy Annette Luck

                                        <u>/s/ Brian K. Stevens           </u>
                                        Brian K. Stevens, Esq., VSB#25974
                                        America Law Group, Inc.
                                        207A South Main Street
                                        Blackstone, VA 23824
                                        (434) 292-6529

**CERTIFICATION**

I, Brian K. Stevens, pursuant to Local Rule 9013 (N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing.
2. I have not created the emergency through any lack of due diligence.

3. This request could not be resolved without a hearing.

/s/ Brian K. Stevens
Brian K. Stevens, Esq.
America Law Group, Inc.
207A South Main Street
Blackstone, VA 23824
Counsel for Tammy Annette Luck

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 26, 2016, a copy of the foregoing Motion was electronically transmitted and/or mailed/faxed to Carl M. Bates, Chapter 13 Trustee, P. O. Box 1819, Richmond, VA 23218-1819, the U.S. Trustee at 701 E. Broad Street, Richmond, VA 23218, and to all creditors named below and parties in interest requesting electronic notice.

/s/ Brian K. Stevens
Brian K. Stevens, Esq.

**CREDITORS:**

Brock & Scott
484 Viking Drive, Suite 203
Virginia Beach, VA 23452

Ocwen Loan Servicing
P.O. Box 660264
Dallas, TX 75266

Treasurer of Dinwiddie
P.O. Box 178
Dinwiddie, VA 23841

US Office of Personnel
1900 E Street NW
Washington, DC 20415